# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 29 EAL 2015
:
         Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
CURTIS SPIVEY, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.